UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. OSOLINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>MARISA BIGOT, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01895-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT THE DOCKET<br><br>[ECF No. 7] |

Plaintiff David N. Osolinski is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 10, 2014, the Court issued an order granting Plaintiff's application to proceed in forma pauperis.  (ECF No. 4.)

On December 29, 2014, Plaintiff filed a motion requesting the Court to correct the docket to reflect that he is suing Defendant Marisa Bigot as well as additional "Doe" defendants.  (ECF No. 7.) Plaintiff presumably is referring to the fact that the Court's caption in the December 10, 2014, order reflected Marisa Bigot as the only Defendant.  Plaintiff's request to correct the docket to reflect that he is suing Marisa Bigot and "Doe" defendants is GRANTED.

IT IS SO ORDERED.

Dated:   **December 30, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1