UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. OSOLINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>MARISA BIGO, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01895-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS PREMATURE<br><br>[ECF No. 9] |

    Plaintiff David N. Osolinski is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    This action was filed on December 1, 2014, and is pending screening. On January 8, 2015, Plaintiff filed a motion for entry of default. (ECF No. 9.)

    The Court is required to screen complaints brought by prisoners seeking relief against a government entity or officer or employee of a government entity. 28 U.S.C. § 1915A(a). This Court and its staff takes its role serious in complying with statutes and other obligations under the United States Constitution and laws of the United States. As Plaintiff's case is not the only case under consideration by the Court and because cases are screened in the order in which they are filed, absent good cause, the Court will screen cases in that order and will continue strive to avoid delays whenever possible.

///

1

In this case, the United States Marshal will be directed to initiate service of process on Plaintiff's behalf when the Court has determined that Plaintiff's complaint states cognizable claims for relief and service is appropriate. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). This case has not been screened by the Court and service is not yet appropriate.

Accordingly, Plaintiff's motion for entry of default is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:   **January 9, 2015**

UNITED STATES MAGISTRATE JUDGE